```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

DONALD SETH ANDREWS, JR.                                    PLAINTIFF

       v.                Civil No. 09-5080

SHERIFF KEITH FERGUSON;
DEPUTY MORRISON,
Jail Deputy; DEPUTY LEESE,
Jail Deputy; DEPUTY McCRANNIE,
Jail Deputy; and DR. HUSKINS                                DEFENDANTS

### ORDER

Now on this 27th day of September, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #22), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #22) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that the defendants' **Motion for Summary Judgment** (document #15) should be, and hereby is, **granted in part, and denied in part as follows:**

   \*   **the motion is granted with respect plaintiff's claim concerning a denial of access to the law library, and with respect to the verbal abuse claims asserted against Deputy McCrannie;**

   \*   **the motion is denied in all other respects.**

**FINALLY, IT IS ORDERED** that in accordance with the rulings in this Order, **plaintiff's complaint as against Deputy McCrannie is dismissed.**

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE